IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Joan Foy Albright | : | Bankruptcy No. 22-70395 |
| | : | Chapter 13 |
| Debtor | : | |
| Joan Foy Albright | : | |
| | : | |
| | : | Related to Document No. 17, 21 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage LLC | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER SUBSTITUTING LMP SERVICER

On January 19, 2023 the above named Debtor filed a *Motion for Loss Mitigation* upon which the Court entered a *Loss Mitigation Order* dated February 3, 2023 at Document No. 21, naming Federal National Mortgage Association ("Former Servicer") as the Party responsible for representing the creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtor was notified that the Former Servicer changed and that the current Servicer/Lender is Nationstar Mortgage LLC with an address of PO Box 7729, Springfield, OH 44501-7729("Current Servicer"). On February 10, 2023, the Debtor complied with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

*AND NOW,* this **10th** of **February, 2023** for the foregoing reasons it is hereby *ORDERED*, *ADJUDGED and DECREED* that:

(1) Federal National Mortgage Association is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is **VACATED** as to it.

(2) Nationstar Mortgage LLC is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

(3) Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

(4) The Chapter 13 Trustee is authorized and directed to make payments to the Nationstar Mortgage LLC beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

_____
UNITED STATES BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda J. Winnecour, Esq. Ch 13 Trustee
    [Counsel for Creditor]