IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Joan Foy Albright<br><br>      Debtor(s)<br><br>Joan Foy Albright<br>      Movants,<br>   V.<br>Federal National Mortgage Association and<br>Ronda J. Winnecour, Chapter 13 Trustee<br><br>      Respondents, | Bankruptcy No. 22-70395<br>Chapter 13<br>Document No. |

### CERTIFICATE OF SERVICE OF ORDER SUBSTITUTING LMP SERVER

I certify under penalty of perjury that I served the above captioned pleading and this COS on the parties at the addresses specified below or on the attached list on February 14, 2023.

The type(s) of service made on the parties was:

BY FRIST –CLASS MAIL
Brian C. Nicholas, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106 412-430-3594


BY ELECTRONIC SERVICE THROUGH ECF

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com ; LMP@chapter13trusteewdpa.com
Brian C. Nicholas, Esq. on behalf of Nation Star Mortgage: bkgroup@kmllawgroup.com

EXECUTED ON: February 14, 2023       /s/David A. Colecchia, Esquire
                                                        David A. Colecchia, Esquire
                                                        324 S. Maple Avenue, Greensburg, PA 15601
                                                        724-837-2320
                                                         Colecchia542@comcast.net
                                                        PA ID 71830

**PAWB Local Form 7 (07/13)**