# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Bankruptcy No. 22-70395-JAD
Joan Foy Albright  Chapter 13
    Debtor,

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name: The Home Depot
    Incorrect Address: Home Depot Credit Services
    P.O. Box 689100
    Des Moines, IA 50368-9100

Corrected Address:

    Creditor Name: The Home Depot
    Correct Address: c/o Home Depot Credit Services
    P.O. Box 6405
    Dallas, TX 75265

/s/David A. Colecchia, Esquire
Dated: June 16, 2023
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us