**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/14/23 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:                                              CASE NO. 22-70395

Joan Foy Albright,
    Debtor(s).                                    Chapter 13

                                                                  Related to ECF No. 35

Joan Foy Albright,
    Movant(s),

vs.
No Respondents,
    Respondent(s).

**CONSENT ORDER OF COURT AUTHORIZING DEBTOR(S) PARTICIPATION IN
PENNSYLVANIA HOMEOWNER ASSISTANCE PROGRAM**

    Whereas <u>Joan Foy Albright</u> ("Debtor(s)") wishes to apply for assistance under the Pennsylvania Homeowner Assistance Program with respect to the Property at <u>6683 Quaker Valley Road, PO Box 103,,Alum Bank, PA 15521</u>;

    Whereas, the program requires the approval of the Trustee or Bankruptcy Court;

    Whereas the Trustee consents to the Debtor(s) participation but believes it in the best interest of all parties to formalize the consent by Order of Court;

    AND NOW therefore upon the consent of the Debtor(s) and Trustee it is hereby ORDERED:

(1)    The Debtor is expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners' / condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

(2)    In the event there are any funds distributed as result of the Debtor(s) participation, Debtor(s) shall file a report with the Court that expressly lists the amounts distributed and to whom and shall, to the extent the distributions affect claims to have been paid under the Plan file an amended plan or a stipulated order modifying the plan to account for the distributions.

(3)    The Trustee or an attorney for the Trustee on her behalf is authorized to sign the PAHAF application form to the extent that an actual signature is required in addition to this Order.

So ORDERED, this   14th   day of     June, 2023.

_____
JEFFERY A. DELLER  jah
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ David A. Colecchia
David A. Colecchia, Esq.
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA.I.D.No. 71830
Colecchia542@comcast.net

**Attorney for Debtors**




**Attorney for Chapter 13 Trustee**




Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-70395-JAD |
| Joan Foy Albright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joan Foy Albright, 6683 Quaker Valley Road, P.O. Box 102, Alum Bank, PA 15521-0102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 16, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Craig H. Fox | on behalf of Creditor Lendmark Financial Services LLC cfox@foxandfoxlaw.com, bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| David A. Colecchia | on behalf of Debtor Joan Foy Albright colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7     User: auto     Page 2 of 2
Date Rcvd: Jun 15, 2023     Form ID: pdf900     Total Noticed: 1
TOTAL: 5