IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Joan Foy Albright, | : | Case No. 22-70395-JAD |
| | : | |
| Debtor(s). | : | |
| | : | Chapter 13 |
| Nationstar Mortgage, LLC, | : | |
| Movant(s), | : | Related to: Document dated 10-31-23 |
| | : | Claim 10-1 |
| v. | : | |
| Joan Foy Albright, | : | |

**OMNIBUS DECLARATION OF PLAN**
**SUFFICIENCY FOR MORTGAGE PAYMENT CHANGE**

1. The mortgage loan held by the creditor named above is subject to payment fluctuations occurring more than twice per year. The debtor(s)' Chapter 13 Plan accommodates those payment fluctuations by providing for the payment of a set monthly amount to the creditor, designed to be at least, but not more than $50 above, the average range of payment fluctuation over the preceding twelve (12) month period.

2. The debtor(s) hereby invokes excusal from the requirement to file amended plans and/or declarations as to the payment changes occurring during the plan term, as permitted by W.PA.LBR 3002-4(d).

3. The amount of the set monthly payment, and if applicable, the effective beginning date for that payment amount, is stated in the Chapter 13 Plan.

4. The amount of the set monthly payment has been calculated in the manner required by W.PA.LBR 3002-4(d)(1), and the calculation will be reviewed annually by the debtor pursuant to W.PA.LBR 3002-4(d)(2).

5. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor: Nationstar Mortgage, LLC

Court claim number: 10-1.

Dated: November 21, 2023

/s/Justin P. Schantz, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 210198
jschantz@my-lawyers.us

**PAWB Local Form 15 (06/17)**