# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                         Bankruptcy No. 22-70395-JAD
    Joan Foy Albright                              Chapter 13
        Debtor,

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

| | |
|---|---|
| Creditor Name: | The Home Depot<br>c/o Home Depot Credit Services |
| Incorrect Address: | P.O. Box 6405<br>Dallas, TX 75265 |

Corrected Address:

| | |
|---|---|
| Creditor Name: | The Home Depot<br>c/o Home Depot Credit Services |
| Correct Address: | 2455 Paces Road Ferry Road<br>Atlanta, GA 30339-4024 |

Dated: April 4, 2024

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us