## PRINT INQUIRY

Click Here to Print this Page

Close Window

| 22-70395JAD | JOAN FOY ALBRIGHT (xxx-xx-5721) | 6683 QUAKER VALLEY ROAD • P.O. BOX 102 • ALUM BANK • PA • 15521 | $2,200.00 MO | Bar Date(s): | 2/3/2023 (has passed) 5/24/2023 (has passed) |
|---|---|---|---|---|---|
| | | | | Confirmed: | 2/1/2023 |
| | Trustee: Ronda J. Winnecour | Attorney: DAVID A COLECCHIA ESQ | | Case Status: | ACTIVE |

## Financials

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| 10/9/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $1,000.00 | |
| 10/9/2024 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $60.00 |
| 9/25/2024 | 0 | DAVID A COLECCHIA ESQ | 1310658 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $122.33 |
| 9/25/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1311429 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $104.27 |
| 9/25/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1311429 | INTEREST - MONTHLY DISBURSEMENTS | | $5.81 |
| 9/25/2024 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1311596 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $848.58 |
| 9/11/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $1,150.00 | |
| 9/11/2024 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $69.00 |
| 8/26/2024 | 0 | DAVID A COLECCHIA ESQ | 1308090 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $290.36 |
| 8/26/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1308848 | INTEREST - MONTHLY DISBURSEMENTS | | $6.86 |
| 8/26/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1308848 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $253.34 |
| 8/26/2024 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1309005 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,799.44 |
| 7/29/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $2,500.00 | |
| 7/29/2024 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $150.00 |
| 7/25/2024 | 0 | DAVID A COLECCHIA ESQ | 1305454 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $62.95 |
| 7/25/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1306266 | INTEREST - MONTHLY DISBURSEMENTS | | $21.03 |
| 7/25/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1306266 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $35.14 |
| 7/25/2024 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1306433 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $350.88 |
| 6/27/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $500.00 | |
| 6/27/2024 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $30.00 |
| 4/25/2024 | 0 | DAVID A COLECCHIA ESQ | 1297595 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $133.15 |
| 4/25/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1298428 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $109.88 |
| 4/25/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1298428 | INTEREST - MONTHLY DISBURSEMENTS | | $7.47 |
| 4/25/2024 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1298586 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $501.50 |
| 4/3/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $800.00 | |
| 4/3/2024 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $48.00 |
| 3/26/2024 | 0 | DAVID A COLECCHIA ESQ | 1294950 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $203.50 |
| 3/26/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1295774 | INTEREST - MONTHLY DISBURSEMENTS | | $8.18 |
| 3/26/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1295774 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $170.44 |
| 3/26/2024 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1295929 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $651.87 |
| 2/29/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $600.00 | |
| 2/29/2024 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $36.00 |
| 2/27/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $500.00 | |
| 2/27/2024 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $30.00 |
| 2/26/2024 | 0 | DAVID A COLECCHIA ESQ | 1292300 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $107.84 |
| 2/26/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1293132 | INTEREST - MONTHLY DISBURSEMENTS | | $8.61 |
| 2/26/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1293132 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $103.23 |
| 2/26/2024 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1293283 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $344.33 |
| 2/7/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $600.00 | |
| 2/7/2024 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $36.00 |
| 1/26/2024 | 0 | DAVID A COLECCHIA ESQ | 1289622 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $164.07 |
| 1/26/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1290462 | INTEREST - MONTHLY DISBURSEMENTS | | $9.29 |
| 1/26/2024 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1290462 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $163.28 |
| 1/26/2024 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1290624 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $521.59 |
| 12/21/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $913.00 | |
| 12/21/2023 | 0 | DAVID A COLECCHIA ESQ | 1287029 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $153.33 |
| 12/21/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1287785 | INTEREST - MONTHLY DISBURSEMENTS | | $9.92 |
| 12/21/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1287785 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $151.23 |
| 12/21/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1287944 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $484.52 |
| 12/21/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $54.78 |
| 12/14/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $850.00 | |
| 12/14/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $51.00 |
| 11/27/2023 | 0 | DAVID A COLECCHIA ESQ | 1284381 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $319.75 |
| 11/27/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1285194 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $324.63 |
| 11/27/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1285194 | INTEREST - MONTHLY DISBURSEMENTS | | $11.27 |
| 11/27/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1285348 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,001.56 |
| 11/16/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,763.00 | |
| 11/16/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $105.78 |
| 10/25/2023 | 0 | DAVID A COLECCHIA ESQ | 1281711 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $322.04 |
| 10/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1282510 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $325.51 |
| 10/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1282510 | INTEREST - MONTHLY DISBURSEMENTS | | $12.63 |
| 10/25/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1282682 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $997.04 |
| 10/6/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,763.00 | |
| 10/6/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $105.78 |
| 9/26/2023 | 0 | DAVID A COLECCHIA ESQ | 1278994 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $325.10 |
| 9/26/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1279800 | INTEREST - MONTHLY DISBURSEMENTS | | $13.99 |
| 9/26/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1279800 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $327.19 |
| 9/26/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1279971 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $990.94 |
| 9/6/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,763.00 | |

| Date | Code | Payee | Check # | Description | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| 9/6/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $105.78 |
| 8/25/2023 | 0 | DAVID A COLECCHIA ESQ | 1276223 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $329.26 |
| 8/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1277042 | INTEREST - MONTHLY DISBURSEMENTS | | $15.36 |
| 8/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1277042 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $329.96 |
| 8/25/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1277228 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $982.65 |
| 8/7/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,763.00 | |
| 8/7/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $105.78 |
| 7/25/2023 | 0 | DAVID A COLECCHIA ESQ | 1273492 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $334.93 |
| 7/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1274270 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $334.26 |
| 7/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1274270 | INTEREST - MONTHLY DISBURSEMENTS | | $16.76 |
| 7/25/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1274451 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $971.26 |
| 7/6/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,763.00 | |
| 7/6/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $105.78 |
| 6/26/2023 | 0 | DAVID A COLECCHIA ESQ | 1270618 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $223.60 |
| 6/26/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1271498 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $216.47 |
| 6/26/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1271498 | INTEREST - MONTHLY DISBURSEMENTS | | $17.66 |
| 6/26/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1271696 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $623.27 |
| 6/6/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,150.00 | |
| 6/6/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $69.00 |
| 5/25/2023 | 0 | DAVID A COLECCHIA ESQ | 1267732 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $234.35 |
| 5/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1268601 | INTEREST - MONTHLY DISBURSEMENTS | | $18.60 |
| 5/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1268601 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $226.60 |
| 5/25/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1268799 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $614.11 |
| 5/8/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,150.00 | |
| 5/8/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $56.35 |
| 4/25/2023 | 0 | DAVID A COLECCHIA ESQ | 1264913 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $248.02 |
| 4/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1265749 | INTEREST - MONTHLY DISBURSEMENTS | | $19.60 |
| 4/25/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1265749 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $239.74 |
| 4/25/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1265938 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $586.28 |
| 4/4/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,150.00 | |
| 4/4/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $56.35 |
| 3/28/2023 | 0 | DAVID A COLECCHIA ESQ | 1262105 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $992.49 |
| 3/28/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1262928 | INTEREST - MONTHLY DISBURSEMENTS | | $117.19 |
| 3/28/2023 | 3 | LENDMARK FINANCIAL SERVICES LLC | 1262928 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $920.17 |
| 3/28/2023 | 26 | NATIONSTAR MORTGAGE LLC(*) | 1263120 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $1,940.32 |
| 3/10/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,150.00 | |
| 3/10/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $56.35 |
| 1/31/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,515.00 | |
| 1/31/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $74.24 |
| 1/5/2023 | | | | TFS - MONTHLY PLAN PAYMENT | $1,515.00 | |
| 1/5/2023 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $74.24 |
| | | | | **Totals:** | **$25,858.00** | **$24,912.99** |