# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Bankruptcy No. 22-70395-JAD

    Joan Foy Albright

                                                          Chapter 13

            Debtor,

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:          Enhanced Recovery Company
    Incorrect Address:      P.O. Box 57547
                                      Jacksonville, FL  32241

Corrected Address:

    Creditor Name:          Enhanced Recovery Company
    Correct Address:        P.O. Box 23870
                                      Jacksonville, FL 32241

                                                     /s/Justin P. Schantz, Esquire
Dated: February 3, 2025                        Electronic Signature of Debtor(s)' Attorney
                                                     Law Care
                                                     David A. Colecchia and Associates
                                                     324 South Maple Ave.
                                                     Greensburg, PA 15601
                                                     724-837-2320
                                                     PA Bar I.D. 210148
                                                     jschantz@my-lawyers.us