IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Joan Foy Albright, | Bankruptcy No. 22-70395-JAD |
| Debtor, | Chapter 13<br>Related to Document No. 79,80 |
| Joan Foy Albright, | |
| Movant, | Document No.83 |
| v. | Hearing Date & Time<br>March 18, 2025 10:00 A.M. |
| No Respondent(s), | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Motion to Approve Permanent Loan Modification at Document No. 79**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification filed on February 18, 2025 at Document No. 79  has been received. The undersigned further certifies that the Court's docket in this case was reviewed on March 9, 2025 at 3:45 P.M. and no answer, objection or other responsive pleading to the Motion to Approve Permanent Loan Modification  appears thereon. Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than  March 7, 2025.

It is hereby respectfully requested that the Order attached to the Motion to Approve Permanent Laon Modification be entered by the Court.

Dated:  March 9, 2025            By:    /s/Justin P. Schantz, Esquire
                                        Justin P. Schantz, Esquire
                                        324 South Maple Avenue
                                        Greensburg, PA 15601
                                        jschantz@my-lawyers.us
                                        724-837-2320
                                        PA I.D. 210198

**PAWB Local Form 25 (07/13)**