IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joan Foy Albright<br>    Debtor<br><br>Joan Foy Albright<br>    Movant,<br><br>v.<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>Nationstar Mortgage<br>    Respondents, | Bankruptcy No. 22-70395-JAD<br><br>Chapter 13<br><br><br>Related to Doc. #79<br><br><br>**DEFAULT O/E JAD** |

ORDER

AND NOW, this __14th__ day of __March__, 2025, it is hereby ORDERED that:

1. The Modification Agreement between Joan Foy Albright and Nationstar Mortgage is approved.

2. The terms of the loan shall be as follows:
   a. New Due Date: March 1, 2025, and each month thereafter
   b. New Monthly interest Rate: 5%
   c. Loan Term: 480 months
   d. Maturity Date: February 1, 2065
   e. Principal Balance: $382,615.86
   f. Deferred Balance: $155,924.02\

3. The Debtor shall file an Amended chapter 13 Plan, or a proposed stipulated Order modifying Plan, within 14 days of the date of this Order.

BY THE COURT:

Jeffery A. Deller, Judge
U.S. Bankruptcy Court

FILED
3/14/25 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-70395-JAD |
| Joan Foy Albright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-7   User: auto   Page 1 of 2
Date Rcvd: Mar 14, 2025   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan Foy Albright, 6683 Quaker Valley Road, P.O. Box 102, Alum Bank, PA 15521-0102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

**Name**              **Email Address**

Brent J. Lemon
                      on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com

Craig H. Fox
                      on behalf of Creditor Lendmark Financial Services  LLC cfox@foxandfoxlaw.com, bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

David A. Colecchia
                      on behalf of Debtor Joan Foy Albright colecchia542@comcast.net dcolecchia@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Denise Carlon
                      on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com

Justin P. Schantz
                      on behalf of Debtor Joan Foy Albright jschantz@my-lawyers.us

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7