# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Joan Foy Albright  
        Debtor,

Bankruptcy No. 22-70395-JAD  
Chapter 13

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Enhanced Recovery Company  
    Incorrect Address    P.O. Box 23870  
                                 Jacksonville, FL 32241-3870

Corrected Address:

    Creditor Name:    Enhanced Recovery Company  
    Correct Address:    8041 Bayberry Road  
                                 Jacksonville, FL 32256

Dated: April 14, 2025

/s/David A. Colecchia, Esquire  
Electronic Signature of Debtor(s)' Attorney  
Law Care  
David A. Colecchia and Associates  
324 South Maple Ave.  
Greensburg, PA 15601  
724-837-2320  
PA Bar I.D. 71830  
dcolecchia@my-lawyers.us