**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOAN FOY ALBRIGHT | Case No. 22-70395JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| vs. Movant | Document No __ |
| LENDMARK FINANCIAL SERVICES LLC | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

 The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

LENDMARK FINANCIAL SERVICES LLC
2118 USHER ST
COVINGTON, GA 30014

Court claim# 5/Trustee CID# 3

The Movant further certifies that on 12/03/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JOAN FOY ALBRIGHT, 6683 QUAKER VALLEY ROAD, P.O. BOX 102, ALUM BANK, PA  15521 | DEBTOR'S COUNSEL:<br>DAVID A COLECCHIA ESQ, LAW CARE, 324 S MAPLE AVE, GREENSBURG, PA  15601 |
| ORIGINAL CREDITOR:<br>LENDMARK FINANCIAL SERVICES LLC, 2118 USHER ST, COVINGTON, GA  30014 | ORIGINAL CREDITOR'S COUNSEL:<br>FOX AND FOX, ATTORNEYS AT LAW PC, 700 E MAIN ST STE 200, NORRISTOWN, PA  19401 |
| NEW CREDITOR: | |