**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JOAN FOY ALBRIGHT | Case No. 22-70395JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>LENDMARK FINANCIAL SERVICES LLC | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Lendmark states that the claim is paid in full.

| | |
|---|---|
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA 30014 | Court claim# 5/Trustee CID# 3 |

The Movant further certifies that on 12/11/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JOAN FOY ALBRIGHT, 6683 QUAKER VALLEY ROAD, P.O. BOX 102, ALUM BANK, PA  15521 | DEBTOR'S COUNSEL:<br>DAVID A COLECCHIA ESQ, LAW CARE, 324 S MAPLE AVE, GREENSBURG, PA  15601 |
| ORIGINAL CREDITOR:<br>LENDMARK FINANCIAL SERVICES LLC, 2118 USHER ST, COVINGTON, GA  30014 | ORIGINAL CREDITOR'S COUNSEL:<br>FOX AND FOX, ATTORNEYS AT LAW PC, 700 E MAIN ST STE 200, NORRISTOWN, PA  19401 |
| NEW CREDITOR: | |