**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOAN FOY ALBRIGHT

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:22-70395 JAD

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/25/2022  and confirmed on 02/01/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 50,247.23 |
| Less Refunds to Debtor | 153.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,094.11 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,000.00 | |
| Trustee Fee | 2,943.56 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,943.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 20,095.71 | 20,095.71 | 0.00 | 20,095.71 |
| Acct: 3908 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 16,186.71 | 0.00 | 16,186.71 |
| Acct: 3908 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 5,624.80 | 5,501.84 | 366.29 | 5,868.13 |
| Acct: 1528 | | | | |
| | | | | 42,150.55 |
| Priority | | | | |
| DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOAN FOY ALBRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOAN FOY ALBRIGHT | 153.12 | 153.12 | 0.00 | 0.00 |
| Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ | 6,000.00 | 5,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID A COLECCHIA ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID A COLECCHIA ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 334.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5721 | | | | |
| INTERNAL REVENUE SERVICE* | 77.30 | 0.00 | 0.00 | 0.00 |
| Acct: 5721 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 645.54 | 0.00 | 0.00 | 0.00 |
| Acct: 2794 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 385.86 | 0.00 | 0.00 | 0.00 |
| Acct: 7668 | | | | |
| CITIBANK NA | 182.19 | 0.00 | 0.00 | 0.00 |
| Acct: 2633 | | | | |
| CITIBANK NA | 779.80 | 0.00 | 0.00 | 0.00 |
| Acct: 5595 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7679 | | | | |
| LVNV FUNDING LLC | 935.33 | 0.00 | 0.00 | 0.00 |
| Acct: 8977 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2841 | | | | |
| ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6514 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4926 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6546 | | | | |
| PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5856 | | | | |
| SOCIAL SECURITY ADMINISTRATION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 05E0 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 145.87 | 0.00 | 0.00 | 0.00 |
| Acct: 3647 | | | | |
| LVNV FUNDING LLC | 2,263.92 | 0.00 | 0.00 | 0.00 |
| Acct: 3048 | | | | |
| HOME DEPOT CREDIT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 77.29 | 0.00 | 0.00 | 0.00 |
| Acct: 5721 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2090 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOX AND FOX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 42,150.55 |

22-70395 JAD          **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY                  411.30
SECURED               25,720.51
UNSECURED             5.415.80


Date: 05/13/2026                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com